

Entered on Docket
August 17, 2009



Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax:  702 258-8787

US Bank National Association, as Trustee, successor-in-interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-7AX
08-78286

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Karen Hannafious

          Debtor.

BK-N-09-50676-gwz

Date: 7/31/09
Time: 1:30pm

Chapter 13

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 251 Tramway Dr., Stateline, NV 89449.

1    DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_/s/ Gregory L. Wilde 10/4/5_

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**pro se**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**William Van Meter**
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor